1

2

3

4

5

6

7

JS - 6

8

9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

LORENZO BOOKER, LACEE GREEN, and
CURTIS RICHARDSON

11

Plaintiffs,

12

v.

13

UNITED CARGO and UNITED AIR LINES,
INC., dba UNITED CARGO

14

15

Defendants.

16

17

**Case No. CV13-1812-DMG(Ex)**

**ORDER ON STIPULATION RE:
DISMISSAL [10]**

18   **PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, AND**

19   **GOOD CAUSE APPEARING:**

20   **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is

21   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

22

23

24

25   DATED:  April 24, 2013

26   DOLLY M. GEE
     UNITED STATES DISTRICT JUDGE

27

28